FRANK J. JOHNSON, ESQ. SBN 174882
JOHNSON & WEAVER, LLP
600 WEST BROADWAY, SUITE 1540
SAN DIEGO CA 92101
619-230-0063
Attorney for : JOSH CRYSTAL

Ref. No.       : 0721437-01
Atty. File No. : MEDBOX

UNITED STATES DISTRICT COURT
CENTRAL - WESTERN DIVISION JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : JOSH CRYSTAL | Case No.: 2:15-CV-00426-BRO-JEMX |
| DEFENDANT | : MEDBOX, INC., ET AL. | **PROOF OF SERVICE OF SUMMONS** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the   SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATION OF PLAINTIFF PURSUANT TO THE FEDERAL SECURITIES LAWS;NOTICE OF INTERESTED PARTIES;NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;NOTICE TO PARTIES OF COURT- DIRECTED ADR PROGRAM; STANDING ORDER REGARDING NEWLY ASSIGNED CASES;CIVIL MINUTES-GENERAL

3. a. Party served   : PEJMAN VINCENT MEHDIZADEH
   b. Person served  : Party in item 3a

4. Address where the party was served   6700 FALLBROOK AVENUE    SUITE 289
                                        WESTHILL, CA 91307

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on May 19, 2015   (2) at: 11:05 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. GERALD M. THOMPSON
   b. KNOX ATTORNEY SERVICE
      2250 FOURTH AVENUE
      SAN DIEGO, CA 92101
   c. 619-233-9700

   d. Fee for service: $219.50
   e. I am:
      (3) a registered California process server
         (i)   an independent contractor
         (ii)  Registration No.: 1175
         (iii) County: LOS ANGELES, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 20, 2015

Signature: _____
GERALD M. THOMPSON

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**