1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**

| JOSH CRYSTAL, Individually and on Behalf of All Others Similarly Situated, | Lead Case No.: 2:15-CV-00426-BRO (JEMx) |
|---|---|
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **ORDER STAYING ACTION** |
| MEDBOX, INC., PEJMAN VINCENT MEHDIZADEH, BRUCE BEDRICK, THOMAS IWANSKI, GUY MARSALA, and DOUGLAS MITCHELL, | |
| Defendants. | |

Having considered the Parties' Notice of Settlement and Stipulation to Stay Action, and good cause appearing therefore, the Court HEREBY ORDERS that:

1. This action is stayed to allow the Parties time to complete their negotiations and to prepare and file settlement papers. Any motion for preliminary approval of settlement shall be filed by December 18, 2015.

2. Following the filing of any motion for preliminary approval, the Parties shall meet and confer regarding a hearing date in connection with the motion for preliminary approval of the settlement, subject to the Court's availability.

**IT IS HEREBY ORDERED**

Dated: December 2, 2015

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE