JOHNSON & WEAVER, LLP
Frank J. Johnson, Esq. (SBN 174882)
FrankJ@johnsonandweaver.com
Shawn E. Fields, Esq. (SBN 255267)
ShawnF@johnsonandweaver.com
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Lead Counsel for Lead Plaintiffs*

[Additional Counsel listed on signature page.]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSH CRYSTAL, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDBOX, INC., PEJMAN VINCENT MEHDIZADEH, BRUCE BEDRICK, THOMAS IWANSKI, GUY MARSALA, AND DOUGLAS MITCHELL,<br><br>Defendants. | Case No.: 2:15-CV-00426-BRO (JEMx)<br><br><u>CLASS ACTION</u><br><br>**LEAD PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date: January 25, 2016**<br>**Time: 1:30 p.m.**<br>**Crtrm: 14**<br>**Judge: Hon. Beverly Reid O'Connell** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 25, 2016, at 1:30 p.m., the undersigned counsel for Lead Plaintiffs shall move before the Honorable Beverly Reid O'Connell, Judge of the United States District Court for the Central District of California, Western Division, located at 312 North Spring Street, Courtroom 14, Los Angeles, CA 90012-4701, for entry of an Order: (a) preliminarily approving the proposed Settlement; (b) provisionally certifying a Class for settlement purposes; (c) approving the forms and manner for giving notice as provided in the Stipulation and Agreement of Settlement ("Settlement Agreement"); and (d) scheduling a final approval hearing for a date at the Court's convenience. Defendants do not oppose the relief requested by this motion. This motion is based on this Notice of Motion, the supporting Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Frank J. Johnson in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Johnson Declaration"), the Settlement Agreement and all of its exhibits attached to the Johnson Declaration as Exhibit 1, the [Proposed] Preliminary Approval Order attached to the Settlement Agreement as Exhibit A, and all pleadings and papers filed in this action, the arguments of counsel, and any other matter that the Court may consider at the hearing on this motion.

/ / /

/ / /

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

Lead Counsel for Lead Plaintiffs conferred with Counsel for Defendants. Counsel for Defendants have stated that Defendants do not oppose this motion.

Dated: December 18, 2015

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
SHAWN E. FIELDS

*s/ Frank J. Johnson*
FRANK J. JOHNSON
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonandweaver.com
shawnf@johnsonandweaver.com

*Lead Counsel for Lead Plaintiffs*

**POMERANTZ LLP**
JEREMY A. LIEBERMAN
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

*Additional Counsel for Plaintiffs*