LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-00426-BRO (JEMx) | Date | May 13, 2016 |
|---|---|---|---|
| Title | JOSH CRYSTAL V. MEDBOX, INC. ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER CONTINUING THE HEARING OF THE MOTIONS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES [94] [95]

In light of the Court's Order granting the Motion to Intervene in the related action, *Mike Jones v. Guy Marsala, et al.*, No. CV 15-04170 (ECF. No. 28), the Court hereby **CONTINUES** the hearing of the pending Motions for Final Approval of Class Action Settlement and Attorneys' Fees scheduled for Monday, May 16, 2016, to Monday, August 15, 2016, at 1:30 p.m.  To the extent they have not already done so, the Court **ORDERS** the parties to provide notice to potential objectors of the amendment to the hearing date.

**IT IS SO ORDERED.**                                                                                         :

Initials of Preparer         rf